# EXHIBIT B

 **James Freeman <jf@liebowitzlawfirm.com>**

# Reilly v. Louder With Crowder LLC
1 message

**Richard Liebowitz** <rl@liebowitzlawfirm.com>              Thu, Mar 25, 2021 at 10:29 PM
To: Andrew Lin <alin@pcrfirm.com>, Bill Richmond <brichmond@pcrfirm.com>
Cc: Mike Coles <mikec@colesfirm.com>, "James H. Freeman" <jf@liebowitzlawfirm.com>

Hi Bill and Andrew,

Please see the attached letter dated December 9, 2020 that was mailed to the clerk of Court in the NDTX. Please let me know by Monday if you will withdraw your recent motion to strike.

Thank you.

Best,

Richard Liebowitz
Liebowitz Law Firm, PLLC
516-233-1660
www.LiebowitzLawFirm.com

---

📄 **Liebowitz - N.D. Texas - Notification of SDNY Suspension (Dec. 9 2020).pdf**
3041K