# United States District Court

**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| JENNIFER RONDINELLI REILLY | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:20-CV-395-S |
| | § | |
| LOUDER WITH CROWDER LLC | § | |

## **ORDER**

Local Civil Rule 83.8(d) states:

> Any member of the bar of this court who has:
>
> 1. lost or relinquished, temporarily or permanently, the right to practice in any court of record;
>
> 2. been disciplined, publicly or privately, by any court, bar, court agency, or committee; or
>
> 3. been convicted of a felony or crime involving dishonesty or false statement.
>
> shall promptly report such fact in writing to the clerk, supplying full details and copies of all pertinent documents reflecting, or explaining, such action.

LOC. CIV. R. 83.8(d).

It has come to this Court's attention that lead counsel for Plaintiff may have failed to comply with the above-described reporting requirements. Accordingly, **no later than May 25, 2021**, attorney **Richard Liebowitz** shall provide a report complying with Rule 83.8(d), including the dates of any reportable events, or a written declaration that counsel has nothing to report under the Rule.

**SO ORDERED.**

SIGNED May 21, 2021.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**