UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JENNIFER RONDINELLI REILLY,<br><br>                             Plaintiff,<br><br> - against -<br><br>LOUDER WITH CROWDER LLC,<br><br>                             Defendant. | Case No. 3:20-cv-00395-S |

**LOCAL RULE 83.8(d) REPORT**

Richard Liebowitz, an attorney licensed to practice law in the State of New York, respectfully submits this declaration in response to the Court's Order, dated May 21, 2021, which orders Mr. Liebowitz to provide a report complying with Local Rule 83.8(d).

Mr. Liebowitz respectfully avers that he has complied with the local reporting requirements concerning his interim suspension from the practice of law in the United States District Court for the Southern District of New York ("S.D.N.Y.").

On December 9, 2020, Mr. Liebowitz, via counsel Michael Ross, transmitted written notification to the Clerk of Court for the United States District Court, Northern District of Texas that S.D.N.Y had imposed an interim suspension on Mr. Liebowitz pending a hearing. A true and correct copy of the letter is attached hereto as <u>Exhibit A</u>.

                                                              Respectfully Submitted,
                                                              LIEBOWITZ LAW FIRM, PLLC

                                                              by: **/richardliebowitz/**
                                                              Richard Liebowitz

> 11 Sunrise Plaza, Suite 305
> Valley Stream, NY 11580
> (516) 233-1660
> rl@liebowtizlawfirm.com
>
> *Counsel for Plaintiff*
> *Jennifer R. Reilly*