# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| JENNIFER RONDINELLI REILLY | § § | |
| v. | § § | CIVIL ACTION NO. 3:20-CV-395-S |
| LOUDER WITH CROWDER LLC | § § | |

## ORDER

This Order addresses Defendant's Motion to Strike Pleadings and Disqualify Counsel ("Motion") [ECF No. 41]. Having reviewed the Motion, the Court **DENIES** the Motion without prejudice pending the resolution of the Southern District of New York Grievance Committee proceedings in *In re Richard Liebowitz*, No. M-2-238.

**SO ORDERED.**

SIGNED July 12, 2021.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE